Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff SHERRI RENEE TELNAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRI RENEE TELNAS, | Case No.: 1:16-cv-00583-EPG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Sherri Renee Telnas ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, pursuant to the Court's Scheduling Order, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 3, 2017; and that Defendant shall have until May 3, 2017, to file her opposition. Any reply by plaintiff will be due May 18, 2017.

An extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 6, 2017       Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY:_____
Steven G. Rosales
Attorney for plaintiff SHERRI RENEE TELNAS

DATE:  February 6, 2017       PHILLIP A. TALBERT
United States Attorney
Deborah Stachel
Regional Chief Counsel, Region IX
Social Security Administration


*/S/- Marcelo N. Illarmo
_____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

# ORDER

IT IS HEREBY ORDERED that plaintiff may have an extension of time for Plaintiff to file Plaintiff's Opening Brief to April 3, 2017; and that Defendant shall have until May 3, 2017, to file her opposition. Any reply by plaintiff will be due May 18, 2017.

IT IS SO ORDERED.

Dated:   **February 6, 2017**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE