PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHERRI RENEE TELNAS,<br><br>            Plaintiff,<br><br>    v.<br>NANCY A. BERRYHILL, [1]<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:16-cv-00583-EPG<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from May 8, 2017 to June 7, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel will be on leave from May 6 to May 10.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly: Plaintiff's optional reply will be due within 15 days of the filing of Defendant's brief (on or before June 22, 2017).

Respectfully submitted,

Dated: May 5, 2017 */s/ Steven Rosales*
(*as authorized via e-mail on 4/26/17)
STEVEN ROSALES
Attorney for Plaintiff

Dated: May 5, 2017 PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | For the reasons provided in the parties' stipulation, good cause appears for an extension |
| 3 | of time for responding to Plaintiff's Opening Brief from May 8, 2017 to June 7, 2017. All other |
| 4 | deadlines are extended accordingly. |

IT IS SO ORDERED.

Dated: **May 8, 2017**

/s/ *Eric P. Gross*
UNITED STATES MAGISTRATE JUDGE